■ The People of the State of New York, Respondent, v Richard Ortiz, Appellant. [796 NYS2d 917]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered February 7, 2003, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree, and sentencing him to a term of 2⅓ to 7 years, unanimously affirmed.

In view of our disposition of defendant's appeal from his Bronx County conviction, there is no basis for reversal. Concur—Mazzarelli, J.P., Friedman, Nardelli and Williams, JJ.